UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TOJO SEA BELOW, LLC, | CIVIL ACTION FILE NO. |
| Plaintiff, | |
| v. | 16-cv-81867-DMM |
| HURLEY MARINE, INC. and TODD HURLEY, | |
| Defendants. | |

## NOTICE OF SETTLEMENT

COME NOW, Plaintiff Tojo Sea Below, LLC ("Tojo") and Defendants Hurley Marine, Inc. and Todd Hurley (collectively, "Hurley"), by and through their undersigned counsel, and provide the Court notice that Tojo and Hurley have reached an agreement in principle to settle all claims asserted in this action. Tojo anticipates filing a dismissal of all claims in advance of the January 5, 2017 scheduling conference in this matter.

In light of the foregoing, Tojo and Hurley respectfully submit that it is unnecessary for the parties to file the written report and discovery plan required by Rule 16.1(b)(1) and (2) of the Local Rules of the Southern District of Florida.

DATED this 22nd day of December, 2016.

Guy A. Rasco, Esq.
Florida Bar No.727520
grasco@devinegoodman.com
Devine Goodman Rasco & Watts-FitzGerald LLP
2800 Ponce de Leon Boulevard, Suite 1400
Coral Gables, FL 33134
Telephone: (305) 374-8200

HILL, KERTSCHER & WHARTON, LLP
Steven G. Hill, Georgia Bar No. 354658
Martha L. Decker, Georgia Bar No. 420867
Vivek Ganti, Georgia Bar No. 755019
3350 Riverwood Parkway
Atlanta, Georgia 30339
Telephone: (770) 953-0995

s/Robert C. J. Tuttle
Robert C. J. Tuttle
Florida Bar No. 84,753
rtuttle@brookskushman.com
Brooks Kushman P.C.
1000 Town Center, 22nd Floor
Southfield, MI 48075
Telephone: (248) 358-4400
Facsimile: (248) 358-3351

*Counsel for Defendants
Hurley Marine, Inc. and Todd
Hurley*

1

Facsimile: (770) 953-1358
Email: sgh@hkw-law.com
md@hkw-law.com
vg@hkw-law.com

*Counsel for Plaintiff Tojo Sea Below, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22th day of December, 2016, the foregoing document was electronically filed with the Clerk of Court by utilizing the CM/ECF System.

Guy A. Rasco

## SERVICE LIST

Robert C. J. Tuttle
Florida Bar No. 84,753
rtuttle@brookskushman.com
Brooks Kushman P.C.
1000 Town Center, 22nd Floor
Southfield, MI 48075
Telephone: (248) 358-4400
Facsimile: (248) 358-3351

2